**EXHIBIT 2:** INFRINGEMENT
URL: htttps://www. facebook.com/102.5TheBone/videos/218827429451442

